I do not like this illegal charge being used to Just be Able to give me A 20 year sentence. when my charge - and this court said only 2 - 10 -

Look up to other charge and 46.04. P.C. it was and is Legal.

Therefore it was a Vindictive prosecution. and a illegal indictment and More Innefective Assistance of Counsel Both.

Eric Ray Price 5-27-16.

LOOK UP BrodenKitcher v. Hayes, 434 US. 357, 363 1978. Still in Effect.

This is A due Process Violation.

I have 4 more that my Attorny did nor Present.

I Am Not guilty

55,249-03

RE: ERIC price

I Shawn T. west Heard Terresa Eric price wiFe Say. He was not Guilley oF The assault He is Incarerated For

P.O. Box 142
Gatesville Tx 76528

Sincerly
Shawn West

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2016

Abel Acosta, Clerk

Re: Eric price

I Stephen Kubicka Heard Teresa Eric price wife say he was not Guilty of the assault He is in Jail for

702 N mary nelson

Hamilton tx 76531



# HAMILTON COUNTY

220th Judicial District Court
102 North Rice Street, Ste. 215
Hamilton, Texas 76531

**Sandy Layhew**
*District Clerk*

(254) 386-1240
Fax: (254) 386-1242
districtclerk@hamiltoncountytx.org

March 28, 2016

Mr. Eric Price
c/o Hamilton County Sheriff's Office

RE: CR07841

Mr. Price:

I am in receipt of your recent letter to us regarding your appointed counsel. Please find attached Mr. Adams' appointment and also the Dismissal in this case.

Best Regards,

*Sandy Layhew*

Sandy Layhew
District Clerk

/s

NO. 7841

THE STATE OF TEXAS ___ () ___ IN THE 220TH DISTRICT

VS. ___ () ___ COURT OF

Eric Ray Price ___ () ___ Hamilton COUNTY, TEXAS

## ORDER APPOINTING ATTORNEY TO REPRESENT DEFENDANT

CHARGED WITH ___ Unlawful Poss. Firearm by Felon

( ✓ ) In jail in ___ Hamilton

The Defendant named above is charged with the offense punishable by imprisonment or incarceration. Defendant has filed with the Court a sworn Questionnaire and Affidavit. The Court finds that defendant is not financially able to employ counsel of his/her choosing and/or the interests of justice require defendant to be represented by counsel.

The Court finds that the Defendant, while indigent, has the ability to pay at least the amount of $ N/A which is a minimum attorney's fee based on this Court's fee schedule. Defendant is ORDERED to deposit with the District Clerk of this county the sum of $ N/A per week beginning one week from the date of this order until the full amount of the minimum fee is paid. If in custody, defendant is ORDERED to begin making deposits to the District Clerk one week from the date of his/her pretrial release from custody.

Therefore, it is ORDERED that the attorney listed below, licensed to practice in the State of Texas is appointed to represent the defendant in the criminal proceedings against defendant until charges are dismissed, the defendant is acquitted, appeals are exhausted, until the Court permits withdrawal, or there is substitution of counsel.

ATTORNEY ___ Tommy Adams

ADDRESS ___ 311 N. Central, Ste. 100

CITY, STATE, ZIP CODE ___ Brownwood, TX 76801

PHONE NUMBER ___ 325-643-9888
___ 325 643 1777

It is further ORDERED that this cause is set on the docket of this Court as follows:

DATE ___ March 6 ___, 2013

TIME ___ 9:00 ___ o'clock ___ A .m.

PURPOSE OF SETTING ___ Arraignment

SIGNED this ___ 13 ___ day of ___ February ___, 2013

FILE FOR RECORD
HAMILTON COUNTY, TEXAS

FEB 1 4 2013

LEOMA LARANCE
CLERK 220 DISTRICT COURT

PHIL ROBERTSON
JUDGE PRESIDING

13

CAUSE NO. *13-07841*

THE STATE OF TEXAS

VS.

*Eric Ray Price*

IN THE DISTRICT COURT OF

HAMILTON COUNTY, TEXAS

220TH JUDICIAL DISTRICT

Motion to Dismiss

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through its District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant stands charged by indictment with the offense of *Unlawful Poss. Firearm*, for the reason: *by Felon*

( ) There does not appear to be sufficient admissible evidence to reasonably expect a conviction can be obtained.

(X) The defendant was convicted and sentenced in another case: Cause No. *13-07808* in the *220th* Court of *Hamilton* County, Texas.

( ) The complaining witness has requested dismissal and is reluctant to testify.

( ) The defendant is mentally ill or mentally retarded.

( ) Restitution has been made.

( ) The offense should be prosecuted as a misdemeanor. A complaint for the offense of _____ _____ should be filed with the County Clerk.

( ) The defendant has been granted immunity in exchange for testimony as a State's witness.

( ) The Defendant cannot be afforded a speedy trial.

(X) Prosecution is now barred under §12.45 of the Penal Code.

( ) Other

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

**FILED FOR RECORDS**
AT *1:30* o'clock *P* M

MAR  9 2016

Sandy Layhew, District Clerk

Respectfully submitted,

_____
District Attorney

ORDER

The foregoing motion having been presented to me on this the ___*9*___ day of *March*, 20 *16*, and the same having been considered, it is, therefore, ORDERED that the above-entitled and numbered cause be and the same is hereby dismissed for the reasons stated in the motion.

_____
JUDGE PRESIDING

This is my Motion to withdrawl

Eric Ray Price

    v.

TEXAS

220th Judicial District
Court of
Hamilton County.

Motion to Vacate and Void Sentence.

I Am not happy with the 20 year result
And I was Caerst and Intimidated by
Tommy Adam and Justin smith.
what I was told was A Complete Lie
No charge Can be picked up again
And I Am not guilty of Any Charge

FILED FOR RECORDS
AT 9:30 o'clock A M
MAY 2 0 2016
Sandy Layhew, District Clerk
220th District Court

ORDER

Denied

MAY 20, 2016

FILED FOR RECORDS
AT 2:30 o'clock P M
MAY 2 0 2016
Sandy Layhew, District Clerk
220th District Court.